### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT PENNINGTON, SR.,

      Petitioner,

  -vs-

K. ASK-CARLSON,

      Respondent.                                  No. 12-cv-1052-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on February 28, 2014, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED** with prejudice.

                  NANCY J. ROSENSTENGEL,
                  CLERK OF COURT


                  BY:   s/*Sara Jennings*
                        Deputy Clerk


**DATED:** March 3, 2014

Digitally signed by
David R. Herndon
Date: 2014.03.03
16:14:08 -06'00'

**APPROVED:**
      CHIEF JUDGE
      U. S. DISTRICT COURT